IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Matthew Jamison, #267844, ) | |
| ) | C/A No. 9:15-2859-MBS |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **OPINION AND ORDER** |
| Levern Cohen, ) | |
| ) | |
| Respondent. ) | |

Petitioner Matthew Jamison is an inmate in custody of the South Carolina Department of Corrections. Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 22, 2015. By order filed September 30, 2016, the court granted Petitioner relief as to Grounds Two and Three. Respondent filed a motion to alter judgment on October 28, 2016, which was denied on October 3, 2017. Respondent filed a notice of appeal on November 2, 2017. The Court of Appeals for the Fourth Circuit issued an opinion on December 3, 2018, in which it determined that Petitioner's claims for relief as to Grounds Two and Three are not cognizable on federal habeas review. The Fourth Circuit vacated and remanded the action to this court with instructions.

Accordingly, as directed by the Fourth Circuit, the court dismisses Petitioner's § 2254 petition.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

February 1, 2019